# EXHIBIT A



2609 Cameron St
Mobile, AL 36607

## Summary Commission Report

**Facility:** Pulaski County AR-Detention
**Supplier Code:** ZZ7361
**Cost Center:** 7361
**Period:** June 2013  ( 05/26/2013 to 06/25/2013 )

| Call Type | Calls | % Calls | Minutes | % Minutes | Revenue | % Revenue | Commission Rate | Commission |
|---|---|---|---|---|---|---|---|---|
| Advance Pay Interstate Interlata | 198 | 2.79% | 2,088 | 2.95% | $2,640.42 | 7.55% | 76.00% | $2,006.72 |
| Advance Pay Intrastate Interlata | 263 | 3.71% | 2,701 | 3.81% | $2,794.50 | 7.99% | 76.00% | $2,123.82 |
| Advance Pay Intrastate Intralata | 413 | 5.83% | 3,335 | 4.71% | $3,799.10 | 10.86% | 76.00% | $2,887.32 |
| Advance Pay Local | 4,892 | 69.04% | 53,624 | 75.66% | $19,323.40 | 55.25% | 76.00% | $14,685.78 |
| Collect Interstate Interlata | 86 | 1.21% | 628 | 0.89% | $898.62 | 2.57% | 78.00% | $682.95 |
| Collect Intrastate Interlata | 66 | 0.93% | 448 | 0.63% | $569.82 | 1.63% | 76.00% | $433.06 |
| Collect Intrastate Intralata | 73 | 1.03% | 486 | 0.69% | $623.69 | 1.78% | 76.00% | $474.00 |
| Collect Local | 1,095 | 15.45% | 7,561 | 10.67% | $4,325.25 | 12.37% | 76.00% | $3,287.19 |
| **Totals:** | **7,086** | **100.00%** | **70,871** | **100.00%** | **$34,974.80** | **100.00%** | | **$26,580.85** |

Pulaski County Sheriff's Office
Attn: Nancy Kimbrell
3201 W Roosevelt Road
Little Rock, AR 72204

Any questions about this report? Contact Lisa Ferguson @ (251) 338-8859 ext 5224 or lferguson@gtl.net

**VAC**

2699 Cameron St
Mobile, AL 35607

## Summary Commission Report

**Facility:** Pulaski County AR-Juvenile Center
**Supplier Code:** 227361
**Cost Center:** 7362
**Period:** June 2013  ( 05/26/2013 to 06/25/2013 )

| Call Type | Calls | % Calls | Minutes | % Minutes | Revenue | % Revenue | Commission Rate | Commission |
|---|---|---|---|---|---|---|---|---|
| Advance Pay Local | 35 | 76.09% | 387 | 78.02% | $138.25 | 73.04% | 76.00% | $105.07 |
| Collect Interstate Intralata | 1 | 2.17% | 11 | 2.22% | $11.54 | 6.10% | 76.00% | $8.77 |
| Collect Local | 10 | 21.74% | 98 | 19.76% | $39.50 | 20.87% | 76.00% | $30.02 |
| Totals | 46 | 100.00% | 496 | 100.00% | $189.29 | 100.00% | | $143.86 |

Pulaski County Sheriff's Office
Attn: Nancy Kimbrell
3201 W Roosevelt Road
Little Rock, AR 72204

Any questions about this report? Contact Lisa Ferguson @ (251) 338-8559 ext 5224 or lferguson@gtl.net

| Collect | Surcharge | Rate Per Minute |
|---|---|---|
| Local | Per Call: $3.95 | N/A |
| IntraLATA | Per Call: $3.95 | $0.69 |
| InterLATA | Per Call: $3.95 | $0.69 |
| InterState | Per Call: $3.95 | $0.89 |
| Canadian | Per Call: $3.95 | $0.89 |
| Domestic Caribbean | Per Call: $3.95 | $0.89 |

| Prepaid | Surcharge | Rate Per Minute |
|---|---|---|
| Local | Per Call: $3.95 | N/A |
| IntraLATA | Per Call: $3.95 | $0.65 |
| InterLATA | Per Call: $3.95 | $0.65 |
| InterState | Per Call: $3.95 | $0.89 |
| Canadian | Per Call: $3.95 | $0.89 |
| Domestic Caribbean | Per Call: $3.95 | $0.89 |

| Inmate Paid Debit/Debit Card | Surcharge | Rate Per Minute |
|---|---|---|
| Local | $0 | $0.25 |
| IntraLATA | $0 | $0.50 |
| InterLATA | $0 | $0.50 |
| InterState | $0 | $0.75 |
| Canadian | $0 | $0.75 |
| Domestic Caribbean | $0 | $0.75 |